

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

After we granted Appellee's first motion for an extension of time to file the brief, the brief was due on November 7, 2018. *See* TEX. R. APP. P. 38.6(b), (d). Before the due date, Appellee filed an unopposed second motion for extension of time to file the brief until December 7, 2018.

Appellee's motion is GRANTED. Appellee's brief is due on December 7, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court